IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11mc175

| | |
|---|---|
| STATE COMPENSATION ) <br> INSURANCE FUND, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WACHOVIA BANK, N.A. and ) <br> METROPOLITAN WEST SECURITIES ) <br> LLC, ) <br> ) <br>     Defendants. ) <br> _____ ) | **ORDER** |

Previously, the Court entered an Order setting a hearing for November 30, 2011, to address the Motion for Protective Order filed by Wells Fargo Funds Management, LLC. The parties, however, have recently flooded the Court with filings and hundreds of pages of exhibits making it impossible for the Court to review such materials and become familiar with the details of this case, which is pending in another jurisdiction, prior to the scheduled hearing. Although the late cancellation of the hearing may inconvenience the parties and attorneys, counsel has left the Court with no option but to cancel the hearing. Accordingly, the Court **CANCELS** the November 30, 2011, hearing. Upon a review of the materials submitted by the parties, the Court will enter a written order or reschedule the

hearing for a date in the future.

Signed: November 29, 2011

Dennis L. Howell
United States Magistrate Judge