IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11mc175

| | |
|---|---|
| STATE COMPENSATION INSURANCE FUND, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| Vs. | ) ORDER |
| WACHOVIA BANK, N.A. and METROPOLITAN WEST SECURITIES, LLC, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the court on Wells Fargo Fund Management, LLC's Notice of Withdrawal of Motion for Protective Order (#41). Based on such withdrawal, this action will be terminated.

## ORDER

**IT IS, THEREFORE, ORDERED** that this miscellaneous matter filed by Wells Fargo Fund Management, LLC is **TERMINATED**.

Signed: May 2, 2012

Max O. Cogburn Jr.
United States District Judge