**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:11mc175**

| | | |
|---|---|---|
| **STATE COMPENSATION INSURANCE FUND,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **WACHOVIA BANK, N.A. and METROPOLITAN WEST SECURITIES, LLC,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

     **THIS MATTER** is before the court on Wells Fargo Fund Management, LLC's Notice of Withdrawal of Motion for Protective Order (#41).  Based on such withdrawal, this action will be terminated.

**ORDER**

     **IT IS, THEREFORE, ORDERED** that this miscellaneous matter filed by Wells Fargo Fund Management, LLC  is **TERMINATED**.

Signed: May 2, 2012

Max O. Cogburn Jr.
United States District Judge

-1-